**Vernon Lamont HENLEY, Plaintiff–Appellant,**

v.

**David BARNES, Doctor, Defendant–Appellee.**

No. 06–6610.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2006.

Decided: Oct. 18, 2006.

Vernon Lamont Henley, Appellant Pro Se. Rosalie Pemberton Fessier, Timberlake, Smith, Thomas & Moses, PC, Staunton, Virginia, for Appellee.

Before WILLIAMS, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vernon Lamont Henley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Henley v. Barnes*, No. 7:05–cv–00663–jlk, 2006 WL 758828 (W.D.Va. Mar. 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*